PROB 12C
(PAWP 4/16)

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF PENNSYLVANIA

## Petition for Warrant or Show Cause Hearing for Offender Under Supervision

| | | |
|---|---|---|
| Offender: | Jay Edward Vinroe | Docket No.:2:17CR00025 |
| Sentencing Judge: | The Hon. Louise W. Flanagan (ED/NC) | |
| Date of Original Sentence: | April 22, 2004 | |
| Original Offense: | Possession of a firearm by a convicted felon. | |
| Original Sentence: | 180 months of imprisonment; 60 months of supervised release | |
| Special conditions: | Special Assessment, DNA testing, Drug Treatment, Alcohol Treatment, Substance Abuse Testing, No New Debt/Credit, Financial Disclosure, Mental Health Treatment, Search/Seizure, Financial Address Change to AUSA, Location Monitoring Program | |
| Type of Supervision: | Supervised Release | Date Supervision Commenced: October 7, 2016 |
| Prior Court History: | 12/8/2016; 12A violation. 1/26/2016; 12B modification. | |

### PETITIONING THE COURT

☒ To Issue a Warrant        ☐ To Issue a Summons
☐ To Schedule a Show Cause Hearing    ☐ Other

THE PROBATION OFFICER BELIEVES THAT THE OFFENDER HAS VIOLATED THE FOLLOWING CONDITION(S)

VIOLATION #1
The defendant shall not commit another federal, state, or local crime.

NATURE OF NONCOMPLIANCE
According to Pennsylvania State Police Complaint/incident Number PA17-832692, on August 5, 2017, the offender, Jay Edward Vinroe, was arrested by the Pennsylvania State Police Department for committing the new crimes of: Driving Under the Influence of Alcohol, Fleeting or Attempting to Elude Police Officer, Possession of marijuana, Possession of Drug Paraphernalia, Resisting arrest, Disorderly Conduct, Driving without a valid driver's license, No vehicle registration, Driving on a suspended drivers license, No insurance, Obedience to Traffic-Control Devices, Driving on Right Side of Roadway, Driving on Roadways Laned for Traffic, Stop Signs and Yield Signs, Failure to Yield to Emergency Vehicle, Driving Vehicle at Unsafe Speed, Careless Driving, Reckless Driving, Operating of Vehicle Without Official Certificate of Inspection.

According to Pennsylvania State Police Trooper Shaun Milkovich, Vinroe lead the police on a 21 mile vehicle chase, with speeds in excess of 100 miles per hour. Police units had to use a precision intervention technique (PIT) maneuver to stop Vinroe's vehicle. At this point a foot chase ensued and Vinroe was ultimately taken into custody.

Offender: Jay Edward Vinroe
Docket No.:2:17CR00025
Page 2

<u>VIOLATION #1</u>
The defendant shall refrain from excessive use of alcohol.

<u>NATURE OF NONCOMPLIANCE</u>
According to Pennsylvania State Police Complaint/incident Number PA17-832692, on August 5, 2017, Vinroe was taken into custody on suspected Driving under the influence of Alcohol, the officer detected a heavy odor of intoxicating beverage on his breath and noted slurred speech and glassy bloodshot eyes. Vinroe subsequently refused chemical testing.

Considering the offender has continued to involve himself in new criminal activity, excessive alcohol use, illicit drug use, and has violated terms of supervised release; The Probation Office respectfully recommends that a warrant be issued for the offenders arrest, no bond be set, and he be detained until the final revocation hearing.

_____

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully Submitted,

By: _____
Patrick Sumansky
U.S. Probation Officer

Approved By: _____
Supervisory U.S. Probation Officer
Date: _____8/7/2017_____

**THE COURT ORDERS:**
☐ No Action
☐ The Issuance of a Warrant and:
    ☐ No Bond is set
    ☐ Bond is set at _____
    ☐ Bond is at the discretion of the Magistrate Judge
☐ That the (probationer/supervised release) appear at the United States Courthouse, at _____, Pennsylvania, Courtroom No. _____, _____, Floor, with legal counsel on _____ at _____, to show cause why supervision should not be revoked.

☐ That a Summons be issued and the (probationer/supervised release) appear at the United States Courthouse, at Pittsburgh, Pennsylvania, Courtroom No. _____, _____, Floor, with legal counsel on _____ at _____, to show cause why supervision should not be revoked.  The (probationer/supervised release) is hereby ordered to abide by the conditions of supervision which were originally imposed on _____.

☐ Other

_____
Louise W. Flanagan,

_____
Date