UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Docket No. 2:17-cr-00025-MRH-1 |
| | ) | |
| v. | ) | |
| | ) | |
| JAY EDWARD VINROE | ) | |
| Defendant | | |

ORDER OF DETENTION

AND NOW, this 1st day of May, 2018, the defendant having appeared before the undersigned United States Magistrate Judge, the defendant is Ordered detained pending a final revocation hearing before United States District Judge Mark R. Hornak.

IT IS ORDERED that the defendant is committed to the custody of the United States Marshal for the Western District of Pennsylvania.

IT IS FURTHER ORDERED that the defendant be produced before United States District Judge Mark R. Hornak on ____ date and time to be set by further Order of Court ____ for further revocation proceedings.

Cynthia Reed Eddy
United States Magistrate Judge