# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | 2:17-cr-00025-1 |
| | ) | |
| JAY EDWARD VINROE, | ) | |
| | ) | |
| Defendant. | ) | |

Hearing Type:  Revocation Hearing

Date:  August 24, 2018

Before:  Judge Mark R. Hornak

| | |
|---|---|
| AUSA | Shardul S. Desai |
| Counsel for Defendant | Linda E.J. Cohn |
| Court Reporter | Richard T. Ford |
| Deputy Clerk | Brian D. Babik |
| Start time | 2:12 PM |
| End time | 2:31 PM |

## SUMMARY OF PROCEEDINGS:

Defendant is sentenced to a term of imprisonment of 12 months plus 1 day.   Following the term of imprisonment, the Defendant shall be on supervised release for a term of 47 months. All prior conditions of supervision remain in full force and effect.