PROB 12C
(PAWP 4/16)

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF PENNSYLVANIA

## Petition for Warrant or Show Cause Hearing for Offender Under Supervision

| | | |
|---|---|---|
| Offender: | Jay Edward Vinroe | Docket No.:2:17CR00025 |
| Sentencing Judge: | The Honorable Louise W. Flanagan (ED/NC) | |
| Current Judge: | The Honorable Mark R. Hornak | |
| Date of Original Sentence: | April 22, 2004 | |
| Original Offense: | Possession of a Firearm by a Convicted Felon | |
| Original Sentence: | 180 months of imprisonment; 60 months of supervised release | |
| Special conditions: | Special Assessment, DNA testing, Drug Treatment, Alcohol Treatment, Substance Abuse Testing, No New Debt/Credit, Financial Disclosure, Mental Health Treatment, Search/Seizure, Financial Address Change to AUSA, Location Monitoring Program | |
| Type of Supervision: | Supervised Release | Most Recent Supervision Commenced: March 13, 2019 |
| Prior Court History: | 12/08/16: Report to Court; Drug Use | |
| | 01/26/16: Modification of Conditions; 60 Days Location Monitoring | |
| | 08/24/18: Revocation; 366 Days of Imprisonment; 47 Months of Supervised Release | |
| | 05/23/19: Report to Court; Drug Use | |
| | 09/27/19: Report to Court; Drug Use | |

### PETITIONING THE COURT

☐ To Issue a Warrant
☐ Petition and Warrant sealed until arrest
☒ To Schedule a Show Cause Hearing
☐ No Bond is set
☐ To Issue a Summons
☐ Other

THE PROBATION OFFICER BELIEVES THAT THE OFFENDER HAS VIOLATED THE FOLLOWING CONDITION(S):

Violation
**The defendant shall not commit another federal, state, or local crime.**

**The defendant shall participate as directed in a substance abuse program.**

**The defendant shall participate in a program of mental health treatment, as directed by the probation office.**

Nature of Noncompliance
On October 5, 2019, the defendant was arrested by the Butler City Police Department on several charges including Driving Under the Influence.  According to the police report, officers observed a vehicle disobeying traffic laws.  Upon activating their emergency lights and sirens, the vehicle accelerated at a high rate of speed.  Additionally, the driver deactivated the vehicle's head and tail lights in attempt to elude apprehension.  Officers lost sight of the vehicle for a short time, but then located it crashed into a building.  Upon contact with the vehicle, officers discovered the vehicle was empty.  The registration was run and came back to the defendant.  Upon search of the area, they observed the defendant walking on the street.  It was reported the defendant had the keys to the car on his person.  He was placed under arrest and taken to the police station, where a chemical test for breath resulted in .02%.  The defendant was formally

Offender: Jay Edward Vinroe
Docket No.: 2:17CR00025
Page 2

charged on October 6, 2019, at OTN: U756632-2, with Fleeing or Attempting to Elude Officer (M), Driving Under the Influence (M), Accident Involving Damage (S), Driving While License Suspended (S), in addition to several traffic violations. The defendant was held in custody until he posted bond on October 11, 2019.

The defendant contacted this officer upon his release. The defendant reported he allowed a friend to borrow his truck while they were socializing at a bar. He advised the friend was the one driving his vehicle during the events noted above. He stated that when his friend failed to return to the bar in a reasonable time, he began to walk home. Reportedly, on his walk home, he was approached and arrested by officers. The defendant had a preliminary hearing on October 21, 2019, during which the case was held for court.

Furthermore, the Court is notified the defendant was unsuccessfully discharged from substance abuse and mental health treatment on October 8, 2019, for failure to comply with program's attendance policy.

---

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully Submitted,

By: _____
Leah Masciantonio
U.S. Probation Officer Specialist

Approved By: _____
Eric D. Bossart
Supervisory U.S. Probation Officer

Date: 10/24/2019

**THE COURT ORDERS:**

☐ No Action

☐ The Issuance of a Warrant and:

   ☐ Petition and Warrant sealed until arrest

   ☐ No Bond is set

   ☐ Bond is set at _____

   ☐ Bond is at the discretion of the Magistrate Judge

☐ That the (probationer/supervised releasee) appear at the United States Courthouse, at _____, Pennsylvania, Courtroom No. _____, _____, Floor, with legal counsel on _____ at _____, to show cause why supervision should not be revoked.

☐ That a Summons be issued and the (probationer/supervised releasee) appear at the United States Courthouse, at Pittsburgh, Pennsylvania, Courtroom No. _____, _____, Floor, with legal counsel on _____ at _____, to show cause why supervision should not be revoked. The (probationer/supervised releasee) is hereby ordered to abide by the conditions of supervision which were originally imposed on _____.

☐ Other

_____
Mark R. Hornak
Chief U.S. District Judge

_____
Date